1424

## MOTION DOCKET

**97–289.   Ladrigan v. Clermont Cty. Ohio Sewer & Water Co.**
Clermont App. No. CA96–03–035.   *Sua sponte,* the parties are to brief the merits;  oral argument is to be scheduled.